**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| KRISTOPHER GONZALEZ, | Case No. 3:26-CV-00066-MMD-CLB |
| Plaintiff, | **ORDER TO FILE COMPLAINT** |
| v. | |
| LYON COUNTY SHERIFFS DEPT., | |
| Defendant. | |

On January 28, 2026, Plaintiff Kristopher Gonzalez ("Gonzalez"), who is currently incarcerated at the Washoe County Detention Center, filed an application to proceed *in forma pauperis.* (ECF No. 1.) However, Gonzalez did not file a complaint.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. As Gonzalez has not filed a complaint, no action has been commenced in this Court. Thus, Gonzalez must file a complaint with the Court to initiate an action.

The Court will grant Gonzalez a **one-time** opportunity to file a complaint on or before **Monday, March 2, 2026**. Absent unusual circumstances, the Court will **not** grant any further extensions of time.

For the foregoing reasons, **IT IS ORDERED** that the Clerk of the Court will **SEND** Gonzalez the approved form for filing a § 1983 complaint by an inmate, and instructions for the same.

**IT IS FURTHER ORDERED** that, if Gonzalez does not file a complaint and a fully complete application to proceed in forma pauperis with all three documents or pay the full $405 filing fee for a civil action on or before **Monday, March 2, 2026**, this case will be subject to dismissal without prejudice.

**DATED**: January 29, 2026.

**UNITED STATES MAGISTRATE JUDGE**