UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KRISTOPHER GONZALEZ, | Case No. 3:26-CV-00066-MMD-CLB |
| Plaintiff, | ORDER |
| v. | |
| LYON COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

*Pro se* Plaintiff Kristopher Gonzalez filed an application to proceed *in forma pauperis.* (ECF No. 1 ("IFP Application").) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Carla L. Baldwin, recommending the action be dismissed without prejudice. (ECF No. 4.) Plaintiff had until March 17, 2026 to file an objection. (*Id.*) To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). As Judge Baldwin relates in the R&R, Plaintiff filed the IFP Application but did not include a complaint with any allegations. (ECF No. 4 at 1.) The Court granted Plaintiff a one-time extension until March 2, 2026 to file a complaint. (ECF No. 3.) The Court warned Plaintiff that if he failed to comply with this deadline, his case would "be subject to dismissal without prejudice." (*Id.*) To date, no complaint has been filed. The Court agrees with Judge Baldwin that dismissal without

prejudice is appropriate considering Plaintiff's failure to file a complaint as ordered by the Court. (ECF No. 4.)

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice. The Clerk of Court is kindly directed to close this case.

It is further ordered that Plaintiff's IFP Application (ECF No. 1) is denied as moot.

DATED THIS 23rd Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE